IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SARAH SUTTON, f/k/a SARAH HOYER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00090-JMK<br><br>**ORDER OF REMAND** |

　　　　Based on Defendant's Motion, it is hereby ORDERED that the Acting Commissioner's decision regarding Plaintiff's applications for child disability benefits, a period of disability benefits, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be reversed and remanded to the Acting Commissioner of Social Security for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to conduct a *de novo* hearing.

　　　　This Court shall retain jurisdiction over this action pending further administrative development of the record pursuant to 42 U.S.C. § 405(g).

　　　　IT IS SO ORDERED this 21st day of August, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　　　　　　　　　JOSHUA M. KINDRED
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge